**'07 CIV 3946**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRYGGEN SHIPPING & TRADING A/S,

        Plaintiff,

- against -

CHINA DALIAN INTERNATIONAL COOPERATION
(GROUP) HOLDINGS LTD.,

        Defendant.
------------------------------------------------------------X

**JUDGE CHIN**

07 CV _____

ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: May 21, 2007
      Southport, CT

                The Plaintiff,
                BRYGGEN SHIPPING & TRADING A/S

            By: _____
                Patrick F. Lennon (PL 2162)
                Nancy R. Peterson (NP 2871)
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                Phone (212) 490-6050
                Fax (212) 490-6070
                pfl@lenmur.com
                nrp@lenmur.com