UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRYGGEN SHIPPING & TRADING A/S,

      Plaintiff,

 - against -

CHINA DALIAN INTERNATIONAL COOPERATION
(GROUP) HOLDINGS LTD.,

      Defendant.
------------------------------------------------------------X

07 CV 3946 (DC)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/07

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and garnishee bank, Deutsche Bank, is directed to immediately release Defendant's funds which it restrained pursuant to the Ex-Parte Order issued in the instant action in the approximate amount of $305,688.34 to the Defendant at the following account:

 Bank: Bank of China Liaoning Branch
 Bank address: No. 9 Zhongshan Square Dalian, China
 Account No. 00200406808094014
 Beneficiary: China Dalian International Cooperation (Group) Holdings Ltd.
 Swift Code: BKCHCNBJ810

Dated: July 24, 2007
   Southport, CT

          The Plaintiff,
          BRYGGEN SHIPPING & TRADING A/S

          By: _____
SO ORDERED: 7/24/07
          Nancy R. Peterson (NP 2871)
          LENNON, MURPHY & LENNON, LLC
          420 Lexington Ave., Suite 300
          New York, NY 10170
 U.S.D.J.        Phone (212) 490-6050
Sidney H. Stein      Fax (212) 490-6070
          nrp@lenmur.com